PEOPLE, Respondent, v. THOMAS PICO, Appellant.

No. 3017; January 23, 1872.

**Appeal—Striking Case from Files.**—Where the record bears no evidence that the nominal appellant actually took an appeal, and there is no brief filed by him nor any suggestion of a diminution of the record, the case is to be stricken from the files.

APPEAL from County Court, Los Angeles County.

Attorney General for respondent; V. E. Howard for appellant.

CROCKETT, J.—The record in this case contains no notice of appeal nor anything to indicate that an appeal was taken by the defendant. No brief has been filed on his behalf, nor is there any suggestion of a diminution of the record. The case is therefore not properly in this court, and must be stricken from the files.

It is so ordered.

We concur: Wallace, J.; Niles, J.; Rhodes, J.